THE GEORGIA & ALABAMA STEAMBOAT COMPANY *vs.* MC-
CARTNEY & AYERS *et al.;* COUCH *vs.* THE STATE; AUSTIN
*vs.* THE STATE; GRIFFETH *vs.* THE STATE; DYKES *vs.* THE
STATE.

The verdict in each of the cases herein decided was supported by the
evidence.

---

LINDSAY *vs.* LOWE.

An affidavit to foreclose a laborer's special lien on the products of his
labor in substance alleged, that on the 17th day of September, 1877,
he went into the employ of the hirer to work on his farm (describing
it) in making a crop; that the contract was for twelve months from
date of contract at eleven dollars and sixty-six and two-thirds cents
per months; that he has fully completed and worked out that time;
that the employer is now due him one hundred and twenty-eight
dollars and eighty cents for his labor on said farm; that he made a
crop of wheat and corn thereon under the contract, which the em-
ployer has in possession on said land; that no demand has been
made on him since the debt became due for the reason that the em-
ployer was absent from the county when the contract was completed
and the debt became due, and is still absent and likely to be for
some time from his residence in said county; that he raised by his
labor the corn grown this year on the land described aforesaid, and
also the wheat, to-wit: about fifty-four bushels in said employer's
possession, and that he claims a special lien on the same for the
payment of said debt, and that the foreclosure of the lien is within
twelve months from the time the debt became due, the affidavit
being dated the 9th of November, 1878:

*Held,* 1. That the affidavit makes a sufficient allegation that the con-
tract of labor was completed by the affiant.

2. That the excuse for not making demand for payment alleged is
sufficient.

3. That the allegation is sufficient to show that the wheat was raised
under the contract and during the time employed.

4. That the demurrer thereto was properly overruled. Code, §§1975,
1991.

JACKSON, Justice.